IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD ROOFING, INC., Individually And on behalf of All Others Similarly Situated;<br><br>    Plaintiff,<br><br>vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, IRONSHORE HOLDINGS (U.S.) INC.,<br><br>    Defendants. | **8:12CV432**<br><br>**ORDER** |

IT IS ORDERED:

1)  The motion to permit attorneys Michael D. Prough and Brian E. Sims of the law firm of Morison & Prough, LLP and attorneys Paul W. Smigliani and R. Michael Jordan of the law firm of Munro Smigliani & Jordan, LLP to withdraw as counsel of record on behalf of Defendant Ironshore Specialty Insurance Company ("Ironshore"), (filing no. 21), is granted.

2)  Attorney William C. Morison remains counsel of record on behalf of Defendant Ironshore.

January 14, 2013.

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge